**Order entered October 17, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00327-CV

## ERIKA JACOBS, Appellant

## V.

## GREYHOUND BUS LINES CORPORATE OFFICE, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-03277**

## ORDER
Before Justices Molberg, Reichek, and Garcia

Before the Court is appellant's September 7, 2022 "Motion" in which she complains of this Court's August 2, 2022 memorandum opinion. We construe this motion as a motion for rehearing and **DENY** the motion.

/s/     KEN MOLBERG
       JUSTICE